IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DENISE HENTON | Case No. 3:24-cv-156 |
| Plaintiff, | District Judge Walter H. Rice |
| vs. | |
| WRIGHT PATT CREDIT UNION, INC., et al. | |
| Defendants. | |

## ORDER GRANTING JOINT MOTION FOR A STAY OF CURRENT DEADLINES AND REQUEST FOR UPDATED SCHEDULING ORDER FOLLOWING MEDIATION

Upon the Joint Motion for a Stay of Current Deadlines and Request for Updated Scheduling Order Following Mediation, and for good cause shown, the motion is granted. All deadlines are stayed. The parties shall report the results of the mediation and if the matter is not resolved, the Court will schedule a telephonic status conference to establish updated deadlines.

**IT IS SO ORDERED.**

Date: 11-20-24

_Walter H. Rice_
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**